UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TAMMY WILSON, | Case No. 2:14-cv-01465-JCM-PAL |
| Plaintiff, | ORDER |
| v. | (Mtn to Withdraw – Dkt. #4) |
| ZIMMER, INC., et al., | |
| Defendants. | |

This matter is before the court on the Motion to Withdraw as Counsel of Record (Dkt. #4) filed October 17, 2014. Craig Murphy seeks to withdraw as counsel of record for Plaintiff Tammy Wilson. The Motion represents that there has been a breakdown of the attorney-client relationship, and it is impossible for counsel to continue as Plaintiff's attorney. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." LR IA 10-6(e). Plaintiff field the Complaint (Dkt. #1) on September 11, 2014. No return of service has been filed, and Defendants have not appeared in this matter.

Having reviewed and considered the matter, and for good cause shown,

IT IS ORDERED:

1. The Motion to Withdraw as Counsel of Record (Dkt. #4) is GRANTED.
2. Plaintiff Tammy Wilson shall have until **November 21, 2014,** in which to retain new counsel who shall file a notice of appearance in accordance with the Local Rules of Practice or to file a statement that she will proceed pro se.
3. Failure to comply with this order may result in a recommendation to the District Judge for sanctions, including case-dispositive sanctions.

/ / /

4. The Clerk of Court shall serve a copy of this Order on at:

    Tammy Wilson
    1900 Crystal Glen Ct.
    Las Vegas, NV 89117

Dated this 22nd day of October, 2014.

    _____
    PEGGY A. LEEN
    UNITED STATES MAGISTRATE JUDGE